John C. Ward, ISB No. 1146
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho  83701
Telephone  (208) 345-2000
Facsimile  (208) 385-5384
jcw@moffatt.com
24672.0002

Attorneys for Defendants PNC Bank and PNC Mortgage

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DOUGLAS JOHN FITZGERALD,<br><br>               Plaintiff,<br><br>vs.<br><br>PNC BANK, PNC MORTGAGE, A DIVISION OF PNC BANK, NA, FIRST AMERICAN TITLE INSURANCE COMPANY, PIONEER TITLE COMPANY, AND MERS INC.,<br><br>               Defendants. | Civil No. 10-452-MHW<br><br>**DEFENDANT PNC MORTGAGE'S 12(b)(6) MOTION TO DISMISS THE COMPLAINT** |

Because Plaintiff has failed to allege any facts for which relief can be granted by this Court against PNC Mortgage, a division of PNC Bank, National Association ("PNC"), Plaintiff's claims against PNC should be dismissed.  For the reasons set forth in the attached memorandum in support, PNC moves to dismiss Plaintiff's complaint against PNC pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

**DEFENDANT PNC MORTGAGE'S 12(b)(6)
MOTION TO DISMISS THE COMPLAINT - 1**

Client:1811870.1

DATED this 21 day of October, 2010.

                MOFFATT, THOMAS, BARRETT, ROCK &
                  FIELDS, CHARTERED

            By_____
                John C. Ward – Of the Firm
                Attorneys for Defendants PNC Bank and
                PNC Mortgage

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of October, 2010, I filed the foregoing **DEFENDANT PNC MORTGAGE'S 12(b)(6) MOTION TO DISMISS THE COMPLAINT** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Gerald T. Husch
Tyler J. Anderson
MOFFATT THOMAS BARRETT ROCK & FIELDS
P.O. Box 829
Boise, ID 83701
gth@moffatt.com
tja@moffatt.com
*Attorneys for First American Title Insurance Company*

AND, I FURTHER CERTIFY that on such date I served the foregoing **DEFENDANT PNC MORTGAGE'S 12(b)(6) MOTION TO DISMISS THE COMPLAINT** on the following non-CM/ECF Registered Participants in the manner indicated:

| | |
|---|---|
| Douglas John FitzGerald<br>1577 N. Linder Road #128<br>Kuna, ID 83634<br>*Plaintiff Pro Se* | (x) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

_____
John C. Ward

**DEFENDANT PNC MORTGAGE'S 12(b)(6)**
**MOTION TO DISMISS THE COMPLAINT - 3**

Client:1811870.1