UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DOUGLAS JOHN FITZGERALD,<br><br>             Plaintiff,<br><br>      v.<br><br>PNC MORTGAGE, a division of PNC BANK, NA, FIRST AMERICAN TITLE INSURANCE COMPANY, and MERS, INC.,<br><br>             Defendants. | Case No. 1:10-CV-452-BLW<br><br>**ORDER** |

Before the Court is Plaintiff Douglas John Fitzgerald's Motion to Dismiss Defendant Pioneer Title Company (Dkt. 26). Pursuant to Rule 41(a)(2), an action may be dismissed without prejudice at a plaintiff's request by a court order. Having reviewed Fitzgerald's Motion to Dismiss and finding good cause,

IT IS ORDERED that Fitzgerald's Motion to Dismiss (Dkt. 26) is GRANTED. Defendant Pioneer Title Company is DISMISSED WITHOUT PREJUDICE.

DATED: **April 22, 2011**

_____
B. LYNN WINMILL
Chief Judge U.S. District Court

**ORDER - 1**